B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## EASTERN District Of TEXAS

| In re: | Leo Edward Whalen | ) | Case No. 15-41659 |
|---|---|---|---|
| | Debtor | ) | Chapter 7 |
| BILL HUDDLESTON | | ) | |
| | Plaintiff | ) | |
| | v. | ) | Adv. Proc. No. 16-4013 |
| Leo Edward Whalen | | ) | |
| | Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Tyler US Bankruptcy Clerk
9th Floor
110 N. College Ave
Tyler, TX 75702

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Name and Address of Plaintiff's Attorney:

David K Sergi
329 S. Guadalupe
San Marcos, TX 89666

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



/S/ Jason McDonald

Date: 04/29/2016

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, David K. Sergi, certify that service of this summons and a copy of the complaint was made _April 29, 2016_ (date) by:

**XX** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: _Joe Edward Whelan (7014 2870 0001 2960 8726)_
_2905 Jondren Drive_
_Dallas, TX 75205_

**U** Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

**U** Residence Service: By leaving the process with the following adult at:

**U** Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
_Robert DeMarco, Atty for Joe Whelan_
_1255 W. 15th Street, Ste 805_
_Plano, TX 75075 (7014 2870 0001 2960 8733)_

**U** Publication: The defendant was served as follows: [Describe briefly]

**U** State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _4/29/16_   Signature _David K. Sergi_

Print Name: _David K. Sergi_

Business Address: _329 S. Guadalupe_
_San Marcos, TX 78666_



No Return Green Card ever received. See attached USPS tracking Shows delivery

English     Customer Service     USPS Mobile           Register / Sign In



# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70142870000129608733

## Product & Tracking Information

**Postal Product:**     **Features:**
                   Certified Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 4, 2016, 10:12 am | Delivered | PLANO, TX 75075 |
| | Your item was delivered at 10:12 am on May 4, 2016 in PLANO, TX 75075. | |
| May 3, 2016, 11:08 pm | Departed USPS Facility | NORTH TEXAS PROCESSING AND DISTRIBUTION CENTER |
| May 3, 2016, 12:29 pm | Arrived at USPS Facility | NORTH TEXAS PROCESSING AND DISTRIBUTION CENTER |
| May 3, 2016, 3:33 am | Departed USPS Facility | AUSTIN, TX 78710 |
| May 2, 2016, 9:59 pm | Arrived at USPS Origin Facility | AUSTIN, TX 78710 |
| May 2, 2016, 6:27 pm | Departed Post Office | SAN MARCOS, TX 78666 |
| May 2, 2016, 12:33 pm | Picked Up | SAN MARCOS, TX 78666 |

## Track Another Package

Tracking (or receipt) number

[ Track It ]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at [illegible]

7014 2870 0001 2960 8733

$000.00
02 1P
0004494516   APR 29 2016
MAILED FROM ZIP CODE 78666

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees  $

Sent To

Street & Apt. No.,
or PO Box No.

City, State, ZIP+4

PS Form 3800, July 2014          See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Demarco
Demarco-Mitchell
1255 West 15th Street
Suite 805
Plano, TX 75075

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]          ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Tamika Drake                     5/4/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail®        ☐ Priority Mail Express™
☐ Registered             ☑ Return Receipt for Merchandise
☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
7014 2870 0001 2960 8733