
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **LEO EDWARD WHELAN** | § | Case No. 15-41659 |
| xxx-xx-9252 | § | |
| 2905 Fondren Drive, Dallas, TX 75205 | § | |
| | § | |
| | § | |
| Debtor | § | Chapter 7 |
| BILL HUDDLESTON | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 16-4013 |
| | § | |
| LEO EDWARD WHELAN | § | |
| | § | |
| Defendant | § | |

## ENTRY OF DEFAULT BY COURT

ON THIS DATE the Court conducted a *sua sponte* review of the file in the above-referenced adversary proceeding. The Court finds that the Complaint in this proceeding was filed on February 5, 2016 and, upon the issuance of a new summons on April 29, 2016, such summons was served upon Defendant, Leo Edward Whelan, on that same date. The Court further finds that such Defendant has failed to respond to the Complaint in the manner and within the time period designated by the Federal Rules of Bankruptcy Procedure. Accordingly,

**IT IS THEREFORE ORDERED** that default is hereby entered against Defendant, Leo Edward Whelan, pursuant to Federal Rule of Bankruptcy Procedure 7055(a).

**IT IS FURTHER ORDERED** that the Plaintiff, Bill Huddleston, shall, within twenty-one (21) days of the entry of this Order, submit a motion for default judgment with supporting affidavits which meets the requirements and addresses the issues set forth in Federal Rule of Bankruptcy Procedure 7055(b)(2), as well as a proposed form of judgment for execution by the Court.

Signed on 07/20/2016

*/s/ Bill Parker*

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE