

EOD

07/20/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| **LEO EDWARD WHELAN** § | Case No. 15-41659 | |
| xxx-xx-9252 § | | |
| 2905 Fondren Drive, Dallas, TX 75205 § | | |
| § | | |
| § | | |
| Debtor § | Chapter 7 | |
| BILL HUDDLESTON § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | Adversary No. 16-4013 | |
| § | | |
| LEO EDWARD WHELAN § | | |
| § | | |
| Defendant § | | |

### ENTRY OF DEFAULT BY COURT

ON THIS DATE the Court conducted a *sua sponte* review of the file in the above-referenced adversary proceeding. The Court finds that the Complaint in this proceeding was filed on February 5, 2016 and, upon the issuance of a new summons on April 29, 2016, such summons was served upon Defendant, Leo Edward Whelan, on that same date. The Court further finds that such Defendant has failed to respond to the Complaint in the manner and within the time period designated by the Federal Rules of Bankruptcy Procedure. Accordingly,

**IT IS THEREFORE ORDERED** that default is hereby entered against Defendant, Leo Edward Whelan, pursuant to Federal Rule of Bankruptcy Procedure 7055(a).

**IT IS FURTHER ORDERED** that the Plaintiff, Bill Huddleston, shall, within twenty-one (21) days of the entry of this Order, submit a motion for default judgment with supporting affidavits which meets the requirements and addresses the issues set forth in Federal Rule of Bankruptcy Procedure 7055(b)(2), as well as a proposed form of judgment for execution by the Court.

Signed on 07/20/2016

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

Huddleston,
    Plaintiff

Adv. Proc. No. 16-04013-bp

Whelan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0540-4     User: davisb     Page 1 of 1     Date Rcvd: Jul 20, 2016
                     Form ID: pdf400    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2016.
db          +Leo Edward Whelan, 2905 Fondren Drive, Dallas, TX 75205-1913
pla         +Bill Huddleston, c/o David K. Sergi, Sergi & Associates PC, 329 S. Guadalupe, San Marcos, TX 78666-6309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Jul 21 2016 00:35:46    US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jul 21 2016 00:35:45    US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231
ust         +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Jul 21 2016 00:35:45    United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996
                                                                                                                    TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft*         +Leo Edward Whelan, 2905 Fondren Drive, Dallas, TX 75205-1913
                                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2016 at the address(es) listed below:
         David K. Sergi    on behalf of Plaintiff Bill Huddleston david@sergilaw.com, patsbkry@gmail.com;anita@sergilaw.com
                                                                                                      TOTAL: 1